UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7

---

Kent Displays Inc.

                     Plaintiff,

    v.

United States

                     Defendant.

Court No. 20-03803
and Attached Schedule

## NOTICE OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: June 4, 2024

/s/ Herbert J. Lynch
Attorney for Plaintiff
Sullivan & Lynch, P.C.
800 Turnpike Street, Suite 300
Street Address

North Andover, MA   01845
City, State and Zip Code

(617) 591-8787
Telephone No.
Email: Lynch@S-L.com

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 20-03803 | Kent Displays Inc. | | |
| 21-00046 | Kent Displays Inc. | | |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: June 4, 2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)